■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELVIS ANDREWS, Appellant. [654 NYS2d 741]—Judgment, Supreme Court, New York County (Thomas Galligan, J.), rendered April 20, 1994, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 4½ to 9 years, unanimously affirmed.

The prosecutor's cross-examination of defendant and summation remarks concerning a significant discrepancy between defendant's trial testimony and a post-arrest statement attributed to him by the police were proper (*People v Savage*, 50 NY2d 673, *cert denied* 449 US 1016), notwithstanding defendant's testimony that he made no such statement (*see, People v Davis*, 61 NY2d 202).

The court properly limited cross-examination of police witnesses concerning unrelated incidents (*see, People v Johnson*, 228 AD2d 389, *lv denied* 88 NY2d 1022; *People v Alston*, 215 AD2d 108, *lv denied* 86 NY2d 732). Concur—Milonas, J. P., Nardelli, Williams and Andrias, JJ.